of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ WILLIAM D. LUNNEY v. DOVER GARAGE, INC., et al.— Motion denied, with $10 costs. The case on appeal must be settled pursuant to rule 230 of the Rules of Civil Practice before the Trial Justice, who determines the contents of the record on appeal. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ EDWARD BLAKE et al., v. FORD C. FRICK, Individually and as Commissioner of Baseball, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ EDWARD BLAKE et al., v. FORD C. FRICK, Individually and as Commissioner of Baseball, et al.— Motion to permit withdrawal of amended complaint dismissed on the ground that there is no basis in law for such a motion in this court. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NAMRO HOLDING CORP.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ RAYMONDE REINAS v. MATTHEW McGEE.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID BELL.—Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HORTON.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TORRES.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## (December 17, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BIRCH.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## SECOND DEPARTMENT, DECEMBER, 1959

## (December 3, 1959)

■ LILLIAN REINER et al., Respondents, v. RICHARD KANE, Appellant.— Motion for leave to appeal to the Court of Appeals and for a stay denied, without costs. Present — Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ.

## (December 7, 1959)

■ GAR-PROD INC., Respondent, v. WILLIAM GRAC, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.